Certificate Number: 05781-CAC-DE-041219973

Bankruptcy Case Number: 26-15293



05781-CAC-DE-041219973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2026, at 12:46 o'clock AM PDT, Esperanza Rodriguez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   July 18, 2026                    By:     /s/Allison M Geving

                                         Name:   Allison M Geving

                                         Title:   President